# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:19-cr-00034-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TORREY LANE HODSDEN, )<br>)<br>Defendant. )<br>_____ ) | O R D E R |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment as to the Named Defendant [Doc. 27].

Upon review of the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss the Indictment as to the Named Defendant [Doc. 27] is **GRANTED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED.**

**IT IS SO ORDERED.**

Signed: September 24, 2019

Martin Reidinger
United States District Judge